UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81108-CIV-RYSKAMP/VITUNAC

JOHN CONDE, individually and
as class representatives of all similarly
situated individuals,

    Plaintiff,

vs.

METRO TREATMENT OF FLORIDA, L.P.,
a Foreign Limited Partnership; and,
COLONIAL MANAGEMENT GROUP, L.P,
a Foreign Limited Partnership,

    Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

Counsel for the Plaintiff, JOHN CONDE and the Defendants, METRO TREATMENT OF FLORIDA, INC. and COLONIAL MANAGEMENT GROUP, L.P. pursuant to this Courts FLSA Scheduling Order (Doc # 4) met at the offices of counsel for Plaintiff on January 17, 2011 to discuss the possibility of Settlement, based upon that meeting and subsequent discussions a FULL settlement has been reached..

Respectfully submitted,

| | |
|---|---|
| By:  /s/ Christopher C Copeland | By:  /s/    Dorothy F. Green |
| Christopher C. Copeland, Esq. | Dorothy F. Green,  Esq. |
| Christopher C Copeland P.A. | Latham, Shuker, Eden & Beaudine LLP. |
| 4242 W. Main Street | 111 N. Magnolia Ave, Suite 1400 |
| Jupiter, Fl. 33458 | Orlando, FL 32801 |
| Tel:  (561) 691-9048 | Tel: (407 481-5800 |
| Fax: (866) 259-0719 | Fax: (407) 481-5801 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
| Fla. Bar # 938076 | Fla. Bar # 504350 |

Case No.11-81108-CIV-RYSKAMP/VITUNAC
John Conde, individually and as class representatives of all similarly situated individuals vs.
Metro Treatment of Florida, L.P., etc., et al.
Joint Report Regarding Settlement
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2011, a copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF System, which will send a notice of electronic filing to Dorothy F. Green, Esq., Latham, Shuker, Eden & Beaudine LLP, *Attorneys for Defendants*, 111 N. Magnolia Ave., Suite 1400, Orlando, FL  32801.

    /s/ Christopher C Copeland_____
CHRISTOPHER C. COPELAND, ESQ.
Chris@CopelandPA.com
Florida Bar #938076
*Attorney for Plaintiff*